UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 2, 2015

## Nos. 14-9002 & 14-9004

HENRY FAHY

v.

COMMISSIONER OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
SUPERINTENDENT GREENE SCI;
SUPERINTENDENT ROCKVIEW SCI,

Appellants/Cross-Appellees

HENRY FAHY,

Appellee/Cross-Appellant

v.

COMMISSIONER OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
SUPERINTENDENT GREENE SCI;
SUPERINTENDENT ROCKVIEW SCI

(E.D. Pa. No. 2-99-cv-05086)

Present: HARDIMAN, COWEN and ROTH, Circuit Judges

1. Motion by Appellee/Cross-Appellant to Expand the Certificate of Appealability;

2. Motion by Appellee/Cross-Appellant to Stay Disposition on the Application for Certificate of Appealability Pending Decision in the District Court;

3. Response by Appellants/Cross-Appellees in Opposition to Application to Expand the Certificate of Appealability and Motion to Hold Decision in Abeyance.

Respectfully,
Clerk/mb/dwb

Response due 1/15/2015.
Calendared at the convenience of the Court

_____ORDER_____

The foregoing Motions to Expand the Certificate of Appealability and to Hold Decision in Abeyance are DENIED.

By the Court,

s/*Thomas M. Hardiman*
Circuit Judge

Dated: January 23, 2015
MB/cc: Matthew C. Lawry, Esq.
Billy H. Nolas, Esq.
Susan E. Affronti, Esq.
Thomas W. Dolgenos, Esq.